# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Baylson, Michael M. | U.S.D.C. Eastern Dist. of PA | 05/12/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

3810 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Penn Law School - Professor | $10,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Self-Employed Physician (Spouse) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | International Law Institute | 10/05/2015 - 10/09/2015 | Zanzibar, Tanzania | Educational program on forensic evidence sponsored by International Law Institute | Partial reinbursement of lodging and food expenses. |
| 2. | AO, FJC, USSC, or JPMDL | 10/26/2015 - 10/28/2015 | Palm Beach, FL | Meeting sponsored by the AO, FJC, USSC, or JPMDL Funded by Court | Airfare and lodgeing expenses. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 05/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Prudential | Mortgage | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TDA JOINT | | | | | | | | | |
| 2. Nokia Corp. | A | Dividend | | | Sold | 12/21/15 | J | A | |
| 3. Broadwind Energy Inc. (X) | | None | | | Sold | 12/21/15 | J | A | |
| 4. Citigroup Inc. | | None | K | T | | | | | |
| 5. Juniper Pharmeceuticals Inc | | None | J | T | | | | | |
| 6. Entercom Communications Corp. | | None | | | Sold | 06/16/15 | K | C | |
| 7. FireEye Inc. | | None | K | T | Buy (add'l) | 01/26/15 | J | | |
| 8. iShares MSCI Brazil Ind | | None | | | Sold | 05/15/15 | J | A | |
| 9. Opko Health Inc. | | None | L | T | Buy (add'l) | 05/13/15 | K | | |
| 10. Pennsylvania Real Estate Invst | A | Dividend | K | T | Sold (part) | 12/23/15 | K | E | |
| 11. Progenics Pharmaceuticals | A | Dividend | M | T | | | | | |
| 12. Prologics | A | Dividend | | | Sold | 12/21/15 | J | C | |
| 13. Qualcomm Communications | A | Dividend | K | T | | | | | |
| 14. RAIT Financial Trust | A | Dividend | | | Sold | 12/21/15 | J | A | |
| 15. Rentech | | None | J | T | | | | | |
| 16. Resource Capital Corp | A | Dividend | | | Sold | 12/21/15 | J | A | |
| 17. Safeguard Scientifics Inc. | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WF JT | | | | | | | | | |
| 19. International Business Machines | D | Dividend | M | T | | | | | |
| 20. Verizon Communications | D | Dividend | M | T | | | | | |
| 21. Wells Fargo Bank Deposit Sweeps | | None | J | T | | | | | |
| 22. WFBNA Colleteral Acct | | | | | | | | | |
| 23. CMF Money Market Portfolio | | None | J | T | | | | | |
| 24. AT&T Corp. | A | Dividend | J | T | | | | | |
| 25. Bank of America | A | Dividend | K | T | | | | | |
| 26. BP Plc Sponsored ADR | B | Dividend | K | T | | | | | |
| 27. ConocoPhillips | B | Dividend | K | T | | | | | |
| 28. Exelon Corp. | B | Dividend | K | T | | | | | |
| 29. Fidelity National Information Services | A | Dividend | K | T | | | | | |
| 30. FNF Group | A | Dividend | J | T | | | | | |
| 31. General Electric Co. | C | Dividend | M | T | Sold (part) | 06/11/15 | L | A | |
| 32. J.P. Morgan Chase & Co. | B | Dividend | L | T | | | | | |
| 33. NCR Corp | | None | J | T | | | | | |
| 34. Phillips 66 | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Teradata | | None | J | T | | | | | |
| 36. Wells Fargo Company | A | Dividend | J | T | | | | | |
| 37. Western Digital Corp. Del | A | Dividend | J | T | | | | | |
| 38. Franklin Mutual Ser Fund Inc. | A | Dividend | L | T | | | | | |
| 39. PIMCO Fundamental IndexPlus AR | A | Dividend | K | T | | | | | |
| 40. Second IRA R/O | | | | | | | | | |
| 41. Lebenthal Lisanti Small Cap Gr | A | Dividend | J | T | Sold (part) | 04/13/15 | J | B | |
| 42. | | | | | Sold (part) | 07/22/15 | J | D | |
| 43. Morgan Stanley AIP Multi-Strategy | C | Dividend | L | T | | | | | |
| 44. Baron Growth | B | Dividend | K | T | Sold (part) | 4/13/15 | J | B | |
| 45. BlackRock Low Duration | B | Dividend | M | T | Sold (part) | 02/05/15 | J | A | |
| 46. | | | | | Sold (part) | 07/22/15 | J | A | |
| 47. DFA Emerging Markets Core Equity | A | Dividend | K | T | Buy (add'l) | 02/05/15 | K | | |
| 48. DFA Global Real Estate Securities | A | Dividend | K | T | | | | | |
| 49. DFA International Large Cap Gr | | None | K | T | Buy | 12/23/15 | K | | |
| 50. DFA Int'l Small Cap Value | B | Dividend | K | T | Sold (part) | 02/05/15 | J | A | |
| 51. | | | | | Sold (part) | 04/13/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 07/22/15 | J | A | |
| 53. DFA Int'l Value | B | Dividend | K | T | Sold (part) | 07/22/15 | K | A | |
| 54. DFA One Year Fixed Income | A | Dividend | M | T | | | | | |
| 55. DFA Short Term Govt | A | Dividend | M | T | Sold (part) | 04/13/15 | K | A | |
| 56. | | | | | Sold (part) | 06/15/15 | K | A | |
| 57. DFA US Large Cap Value | C | Dividend | K | T | Sold (part) | 02/05/15 | J | C | |
| 58. | | | | | Sold (part) | 07/22/15 | K | D | |
| 59. DFA US Micro Cap | B | Dividend | K | T | Sold (part) | 04/13/15 | J | B | |
| 60. DFA US Small Cap Value | B | Dividend | K | T | Sold (part) | 04/13/15 | J | B | |
| 61. Dodge and Cox Stock | B | Dividend | K | T | Sold (part) | 04/13/15 | J | B | |
| 62. E.I.I. Global Property INST | D | Dividend | J | T | | | | | |
| 63. First Eagle Overseas | A | Dividend | K | T | Sold (part) | 04/13/15 | J | A | |
| 64. Hotchkis & Wiley Large Cap Value | A | Dividend | K | T | | | | | |
| 65. Hotchkis & Wiley Mid Cap Value | C | Dividend | L | T | Sold (part) | 04/13/15 | J | B | |
| 66. Ivy Mid Cap Growth | C | Dividend | K | T | | | | | |
| 67. Janus Fund | C | Dividend | K | T | | | | | |
| 68. Janus Overseas | B | Dividend | | | Sold | 12/22/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Maingate MLP Fund | C | Dividend | K | T | Sold (part) | 04/13/15 | J | A | |
| 70. | | | | | Sold (part) | 07/22/15 | J | A | |
| 71. Mainstay Marketfield | | None | K | T | | | | | |
| 72. Metropolitan West Total Return Bond | B | Dividend | L | T | Sold (part) | 04/13/15 | K | B | |
| 73. | | | | | Sold (part) | 07/22/15 | J | C | |
| 74. Morgan Stanley Emerging Mkts | A | Dividend | K | T | Buy (add'l) | 02/05/15 | J | | |
| 75. Morgan Stanley Intl Eqty Fund | B | Dividend | K | T | Sold (part) | 04/13/15 | J | A | |
| 76. Royce Opportunity Invt | C | Dividend | K | T | | | | | |
| 77. RS Global Natural Resources FD | | None | J | T | | | | | |
| 78. Schwab Advisor Cash Reserves | A | Dividend | M | T | | | | | |
| 79. Thornburg Intl Value | | None | | | Sold | 02/05/15 | K | D | |
| 80. Westcore Intl Small Cap Fund | B | Dividend | J | T | | | | | |
| 81. Westcore Mid-Cap Value | C | Dividend | K | T | Sold (part) | 04/13/15 | J | B | |
| 82. Westcore MIDCO Growth | B | Dividend | K | T | Sold (part) | 07/22/15 | J | A | |
| 83. William Blair Intl Growth | A | Dividend | K | T | Buy (add'l) | 02/05/15 | J | | |
| 84. | | | | | Sold (part) | 04/13/15 | J | A | |
| 85. | | | | | Sold (part) | 07/22/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. William Blair Intl Small Cap Growth | A | Dividend | J | T | | | | | |
| 87. William Blair Large Cap Growth | C | Dividend | K | T | Sold (part) | 04/13/15 | J | B | |
| 88. William Blair Mid Cap Growth | D | Dividend | K | T | Sold (part) | 04/13/15 | J | B | |
| 89. William Blair Small Cap Growth | B | Dividend | J | T | | | | | |
| 90. First IRA R/O | | | | | | | | | |
| 91. Lebenthal Lisanti Small Cap Growth | A | Dividend | K | T | Sold (part) | 04/13/15 | J | C | |
| 92. | | | | | Sold (part) | 07/22/15 | J | C | |
| 93. Morgan Stanley AIP Multi-Strategy | C | Dividend | M | T | | | | | |
| 94. Baron Growth | B | Dividend | K | T | | | | | |
| 95. BlackRock Low Duration Bond | C | Dividend | M | T | Sold (part) | 04/13/15 | J | A | |
| 96. DFA Emerging Markets Core Equity | B | Dividend | K | T | Buy (add'l) | 02/05/15 | K | | |
| 97. DFA Global Real Estate Securities | B | Dividend | K | T | | | | | |
| 98. DFA Intl Large Cap GR 1 | | None | K | T | Buy | 12/23/15 | K | | |
| 99. DFA Int'l Small Cap Value | B | Dividend | L | T | Sold (part) | 02/05/15 | J | A | |
| 100. | | | | | Sold (part) | 04/13/15 | J | A | |
| 101. DFA Int'l Value | B | Dividend | L | T | Sold (part) | 07/22/15 | K | A | |
| 102. DFA One Year Fixed Income | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. DFA Short Term Govt | B | Dividend | M | T | Sold (part) | 06/15/15 | K | A | |
| 104. DFA US Large Cap Value | C | Dividend | L | T | Sold (part) | 04/13/15 | J | B | |
| 105. DFA US Micro Cap | B | Dividend | K | T | Sold (part) | 04/13/15 | J | B | |
| 106. DFA US Small Cap Value | C | Dividend | K | T | | | | | |
| 107. Dodge and Cox Stock | B | Dividend | K | T | Sold (part) | 02/05/15 | J | C | |
| 108. E.I.I. Global Property INST | D | Dividend | J | T | | | | | |
| 109. First Eagle Overseas | A | Dividend | | | Sold | 04/13/15 | J | A | |
| 110. Hotchkis & Wiley Large Cap Value | A | Dividend | K | T | Sold (part) | 07/22/15 | J | D | |
| 111. Hotchkis & Wiley Mid Cap Value | D | Dividend | L | T | | | | | |
| 112. Ivy Mid Cap Growth | C | Dividend | K | T | | | | | |
| 113. Janus Fund | C | Dividend | K | T | | | | | |
| 114. Janus Overseas | B | Dividend | | | Sold | 12/22/15 | K | A | |
| 115. Maingate MLP Fund | C | Dividend | K | T | Sold (part) | 07/22/15 | J | A | |
| 116. Mainstay Marketfield | | None | K | T | | | | | |
| 117. Metropolitan West Total Return Bond | C | Dividend | L | T | Sold (part) | 04/13/15 | K | C | |
| 118. | | | | | Sold (part) | 07/22/15 | K | B | |
| 119. Morgan Stanley Emerging Mkts | A | Dividend | L | T | Buy (add'l) | 02/05/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Morgan Stanley Intl Eqty Fund | B | Dividend | L | T | | | | | |
| 121. Royce Opportunity Invt | C | Dividend | K | T | | | | | |
| 122. RS Global Natural Resources FD | | None | K | T | Buy (add'l) | 02/05/15 | J | | |
| 123. Schwab Advisor Cash Reserves | A | Dividend | M | T | | | | | |
| 124. Thornburg Intl Value | | None | | | Sold | 02/05/15 | K | D | |
| 125. Westcore Intl Small Cap Fund | B | Dividend | K | T | | | | | |
| 126. Westcore Mid-Cap Value | D | Dividend | K | T | Sold (part) | 04/13/15 | J | C | |
| 127. Westcore MIDCO Growth | B | Dividend | K | T | Sold (part) | 07/22/15 | J | A | |
| 128. William Blair Intl Growth | A | Dividend | K | T | Buy (add'l) | 02/05/15 | J | | |
| 129. | | | | | Sold (part) | 07/22/15 | J | | |
| 130. William Blair Intl Small Cap Growth | A | Dividend | K | T | Sold (part) | 07/22/15 | J | B | |
| 131. William Blair Large Cap Growth | C | Dividend | K | T | Sold (part) | 04/13/15 | J | B | |
| 132. William Blair Mid Cap Growth | D | Dividend | K | T | Sold (part) | 04/13/15 | J | A | |
| 133. William Blair Small Cap Growth | B | Dividend | K | T | | | | | |
| 134. Second SEP IRA | | | | | | | | | |
| 135. DFA Global 60/40 | A | Dividend | K | T | | | | | |
| 136. Joint Account | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Schwab Advisor Premium Cash Reserve | A | Dividend | J | T | | | | | |
| 138. Greenspan-Baylson Partnership | B | Int./Div. | J | U | | | | | |
| 139. | C | Distribution | | | | | | | |
| 140. LLR Equity Partners Parallel III, LP | A | Int./Div. | L | U | | | | | |
| 141. | D | Distribution | | | | | | | |
| 142. Planet Data Acq. | | None | L | W | | | | | |
| 143. Advanced Reproductive Care | | None | J | W | | | | | |
| 144. Keystone Property Fund IIIA, LP | A | Int./Div. | L | W | | | | | |
| 145. | D | Distribution | | | | | | | |
| 146. Keystone Tristate Opp. Fund, LP | A | Int./Div. | L | W | | | | | |
| 147. | D | Distribution | | | | | | | |
| 148. KPG Curtis Investors, LP | A | Distribution | L | W | | | | | |
| 149. KPGFW - 1 - PA Ventures, LP | A | Int./Div. | J | U | | | | | |
| 150. | D | Distribution | | | | | | | |
| 151. Versa Capital Fund II, LP | A | Int./Div. | M | U | | | | | |
| 152. Melior Pharmaceuticals | | None | J | T | | | | | |
| 153. Allied Biosciences Services | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Prostagene | | None | L | T | Buy | 05/21/15 | L | | |
| 155. Baumrin et al Partnership | | None | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 05/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(1) Row 2: Alcatel Lucent now owned by Nokia Corp, was sold before year end.

(2) Row 5: Columbia Laboratories, Inc has changed its name to Juniper Pharmeceuticals, Inc.

(3) Row 41: Lebenthal Lisanti Small Cap Growth formerly known as Adam's Harkness Small Cap Growth.

(4) Row 91: Lebenthal Lisanti Small Cap Growth formerly known as Adam's Harkness Small Cap Growth.

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 05/12/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Michael M. Baylson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544